## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| JI BIN CHEN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No.: 4:18-cv-01601-ACA-HNJ |
| | ) |
| KIRSTJEN NIELSEN, et al., | ) |
| | ) |
| Respondents. | ) |

## **MEMORANDUM OPINION**

This case is before the court on Respondents' Motion to Dismiss Petition as Moot, filed October 31, 2018. (Doc. 10). Respondents attach to the motion a declaration that Petitioner was released from custody on an order of supervision on October 31, 2018. (Doc. 10-1). Because Petitioner is no longer in custody, Respondents contend this case is due to be dismissed as moot.

On October 3, 2018, Petitioner filed a petition for writ of habeas corpus seeking to be released from custody pending his removal to China. (Doc. 1). Because Petitioner has been released from custody, his petition is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003) ("[A] case must be dismissed as moot if the court can no longer provide 'meaningful relief.'"); *see also Soliman v. United States,* 296 F.3d 1237, 1242–43 (11th Cir. 2002) (holding that once a habeas petitioner is no longer detained, "no order … requiring [his]

release into the community awaiting his final removal order could have any effect"). Accordingly, this matter is due to be dismissed. *Khader v. Holder*, 843 F. Supp. 2d 1202, 1202 (N.D. Ala. 2011).

The court will enter a separate order consistent with this opinion.

**DONE** and **ORDERED** this November 1, 2018.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE